# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Environmental Chemical Corporation | ) ASBCA No. 60577 |
| | ) |
| Under Contract No. W912DY-10-D-0013 | ) |

APPEARANCES FOR THE APPELLANT:  Richard B. Oliver, Esq.
Glenn A. Sweatt, Esq.
 Pillsbury Winthrop Shaw Pittman LLP
 Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
 Engineer Chief Trial Attorney
Amanda G. Phily, Esq.
James D. Mirynowski, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Philadelphia

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 15, 2018

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60577, Appeal of Environmental Chemical Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals